APR-21-2008 09:59 FROM: TO:7323030210 P.3/5

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-908(AET) |
| v. | : | Hon. Anne E. Thompson, U.S.D.J. |
| | : | |
| DOUGLAS EUGENE FITTINGER, a/k/a "David Fittinger," a/k/a "Dave E. Fittinger" | : | CONTINUANCE ORDER |

This matter having come before the Court upon the application of the defendant, DOUGLAS EUGENE FITTINGER, (Michael Chazen, Esq., counsel), for a sixty-day continuance pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), and the Government (Christopher J. Christie, United States Attorney for the District of New Jersey, Eric M. Schweiker, Assistant U.S. Attorney, appearing), having no objection to the requested continuance, and for good cause shown;

IT IS THE FINDING OF THIS COURT that the continuance should be granted for the following reasons:

1. The parties represent that the Government has provided defense counsel with in excess of eight hundred (800) pages of discovery, and has identified additional discovery that is available for inspection and review;

2. Defense counsel needs additional time to complete his review the Government's discovery, and conduct any investigation or research into pre-trial motions that may be warranted, based on the review of that discovery;

3. The parties have been engaged in plea negotiations,

and those negotiations are ongoing

4. The defendant, through his counsel, has consented to the continuance;

4. The grant of the continuance will provide defense counsel with sufficient time to effectively prepare for trial;

5. Granting the requested continuance to allow time to complete ongoing plea negotiations will likely conserve judicial resources; and

6. Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS, on this _29TH_ day of _April_, 2008, hereby ORDERED that this matter is hereby CONTINUED for a period of sixty (60) days, and all time from April 29, 2008, through and including June 23, 2008, shall excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(8).

*Anne E. Thompson*

HON. ANNE E. THOMPSON
United States District Judge

-2-

APR-21-2008 09:59 FROM: TO:7323030210 P.5/5

I hereby consent to the
form and entry of this
Continuance Order:

_[signature]_ Dated: 4/29/08
ERIC M. SCHWEIKER
Assistant U.S. Attorney

_[signature]_ Dated: 4/25/08
MICHAEL CHAZEN
Counsel for the Defendant

_[signature]_ Dated: 4/25/08
DOUGLAS EUGENE FITTINGER

-3-